**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Suite 105
Fresno, California 93720
Telephone (559) 449-9069
Facsimile  (559) 513-8530
cmoses@yosemitelawyer.com

Attorney for Defendant,
ALLISON HUGHES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 6:12-mj-00005-MJS |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs ) | STATUS CONFERENCE TO |
| ) | JUNE 7, 2012; |
| ALLISON HUGHES, ) | ORDER THEREON |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the Defendant, ALLISON HUGHES, her Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently scheduled for May 1, 2012, at 10:00 a.m. be continued until June 7, 2012, at 10:00 a.m.  This continuance is necessary to accommodate defendant's school and work schedule.

Dated: April 27, 2012         By:  /s/ Carol Ann Moses
                                   CAROL ANN MOSES
                                   Attorney for Defendant
                                   ALLISON HUGHES

Dated: April 27, 2012         By:  /s/ Susan St. Vincent
                                   SUSAN ST. VINCENT
                                   Legal Officer for the
                                   National Park Service

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of the Status Conference until June 7, 2012, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

The Status Conference for Defendant, ALLISON HUGHES, shall be continued to June 7, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 1, 2012            /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE